# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Randal W. Howard; Arizona Department of Revenue,<br><br>    Defendants, | CV 07-620 TUC DCB(HCE)<br><br>**O R D E R** |

On June 26, 2008, the Honorable Hector C. Estrada, United States Magistrate Judge, filed a Report and Recommendation in this action, which advises the Court to deny the Defendant's motions to dismiss.

Defendant, acting *pro se*, filed several motions to dismiss. Two involve patently frivolous arguments challenging the existence of income tax, (see R&R at 14-19 (citing documents 15, 20), and another is based on an erroneous argument that the case should have been authorized by the ATF instead of the IRS, *id.* (citing document 12). As to the remaining motions, the Magistrate advises that the Court find the Government's case to be timely, not barred by the statute of limitations, and not covered by the homestead exemption.

The parties were sent copies of the Report and Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the Report and Recommendation to which there are objections. 28 U.S.C. §

636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.")  To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court considers the Report and Recommendation to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The Report and Recommendation shall therefore be accepted pursuant to 28 U.S.C. § 636(b)(1).  The Court adopts the recommendations of the Magistrate Judge.  For all the reasons stated in the Report and Recommendation, the Court denies the Defendant's motions.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 27] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that theMotion to Dismiss (document 10), treated as a motion for summary judgment, is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (document 12) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (document 15) is DENIED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (document 20) is DENIED.

**IT IS FURTHER ORDERED** that the DEFENDANT SHALL FILE AN ANSWER WITHIN 20 DAYS OF THE FILING DATE OF THIS ORDER.   FAILURE TO FILE AN ANSWER MAY RESULT IN ENTRY OF A DEFAULT AGAINST THE DEFENDANT AND ENTRY OF A DEFAULT JUDGMENT.

**IT IS FURTHER ORDERED** that the case remains referred to Magistrate Judge Hector Estrada, pursuant to LR Civ. 72, Rules of Practice of the United States District Court District of Arizona for all pretrial proceedings and Report and Recommendation.

DATED this 6th day of August, 2008.

David C. Bury
United States District Judge